UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:23-cr-128-TAV-JEM-2 ) |
| JAMES T. MARKEY, | ) ) |
| Defendant. | ) ) |

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on June 17, 2024 [Doc. 57], in which Judge McCook recommends that the Court deny defendant's motion to dismiss for improper venue [Doc. 30]. No objections to the R&R have been lodged by either party and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge McCook's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 57]. Defendant's motion to dismiss for improper venue [Doc. 30] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE